# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

FILED.

DATED: 11:49 am, October 21, 2026

U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON RANDALL UTLAUT,

Defendant.

Case No. 2:26-mj-00786-DJA

SEALED CRIMINAL COMPLAINT

VIOLATION:

18 U.S.C. § 871(a) – Threat Against the President

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

**COUNT ONE**
Threat Against the President
(18 U.S.C. § 871(a))

On or about October 11, 2026, in the State and Federal District of Nevada and elsewhere,

**JASON RANDALL UTLAUT,**

defendant herein, knowingly and willfully made a threat to kill the President of the United States, specifically, by posting the public message on YouTube "I've spent the last 18 months stockpiling weapons and ammo, I'm gonna kill every fuckin Red Hat, every Maga

asshole, even Trump himself and anybody I can get ahold of. yeah, they'll get me in the end. But I'm gonna take thousands before they do #FUCKTRUMP 🖕 🖕 🖕," or words and symbols to that effect, all in violation of Title 18, United States Code, Section 871.

PROBABLE CAUSE AFFIDAVIT

1. Your Complainant, Grant Duffin, as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), states the following as and for probable cause:

2. I am a TFO with the FBI Las Vegas Field Office, where I have served since August 2021. Additionally, I am a detective with the Las Vegas Metropolitan Police Department (LVMPD) and have been employed with the LVMPD since January 2007. I am currently assigned to the Counterterrorism Section and have been so assigned since September 2018. I am currently assigned to the Domestic Terrorism Squad within the Joint Terrorism Task Force in Las Vegas, Nevada. I am a graduate of the LVMPD Police Officer Academy in Las Vegas, Nevada. The training that I received at the academy included formalized instruction in, among other things: familiarization with United States federal law, evidence collection, surveillance techniques, firearms qualifications, interviewing and interrogation techniques, defensive and law enforcement tactics, and operation and use of confidential sources. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. As an FBI Task Force Officer, I have conducted and participated in both state and federal investigations involving a variety of violations, including, but not limited to, threatening communications, sexual exploitation of children, possession of child sexual

abuse materials, illegal possession of firearms, acts of terrorism, and destructive devices. During these investigations, I have participated in and/or served as the primary case agent in cases involving various types of investigative techniques, including the use of electronic surveillance, utilizing online undercover government employees, and obtaining various account information using subpoenas and search warrants. I have also conducted physical surveillance operations and have experience in recognizing tactics employed by targets of investigations to thwart law enforcement surveillance. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. I have received training in reviewing and analyzing cellular location data and cellular call detail records. In the course of my employment as a Detective with the LVMPD, I have received training regarding the application for and execution of both search and arrest warrants. I have executed numerous state and federal arrest warrants and search warrants, resulting in the successful prosecution of defendants.

4. I have been involved in an investigation which is the subject of this Affidavit. Due to my personal participation in this investigation and reports made to me by other law enforcement officials, I am familiar with the facts and circumstances surrounding the investigation. My training and experience as a Detective and Task Force Officer, including participation in this investigation, form the basis for opinions and conclusions set forth below. While I have participated in the below described investigation, I have not provided every fact known to me within this Affidavit. Rather, I have included only those facts necessary to establish probable cause.

<u>FACTS ESTABLISHING PROBABLE CAUSE</u>

4. An investigation by the FBI Las Vegas Field Office has determined that on October 11, 2026, Jason Randall UTLAUT, knowingly and willfully threatened to kill the

President of the United States in a public message UTLAUT posted on the video sharing platform YouTube. Data associated with the post show that UTLAUT posted the threat from within the State and Federal District of Nevada.

5. On October 16, 2026, Google LLC notified the FBI National Threat Operations Center (NTOC) that "[b]ased on the content of comments that were uploaded to the YouTube service, Google LLC believes that there presently exists an emergency involving imminent death or serious bodily injury to a person or persons, and that immediate disclosure to [the FBI NTOC] of certain information is required to avert the emergency." Google LLC is the parent company of YouTube. Google LLC reported a series of five threating posts made on the same user account to the FBI NTOC, as well as information on the individual posts and the Google LLC account associated with the posts.

6. Google LLC reported that each of the five threatening comments was uploaded to YouTube by the same YouTube channel, UCdX2MT_veB1djGb2k7KSR1g, that the channel is owned by the Google LLC user dewdog123@[email provider],[1] and that that the associated Google LLC username is VEGAS DEW. As set out more fully below, there is ample reason to believe the user who posted the threats is UTLAUT.

7. The most recent threat Google LLC reported to FBI NTOC was posted by UTLAUT on October 11, 2026, at 12:29 a.m. Pacific Standard Time (PST).[2] Google LLC

---

[1] In each instance where a portion of an email address, a physical address, or a telephone number is replaced by bracketed "x," or a descriptor like "email provider" in place of the specific domain in this affidavit, the underlying data is known to me. The information is obscured in this document to limit potential interference with the ongoing investigation and to protect privacy interests of the persons concerned.

[2] Although Daylight Savings Time was in effect in Nevada on the dates of these posts, Google LLC reported these events in PST, that is, one hour later than local time.

reported the user who posted the threat had logged in from IP address 2600:880a:2718:dd40:2bec:272f:135:34a. The threat was:

> I hope they try this shit. I've spent the last 18 months stockpiling weapons and ammo, I'm gonna kill every fuckin Red Hat, every Maga asshole, even Trump himself and anybody I can get ahold of. yeah, they'll get me in the end. But I'm gonna take thousands before they do #FUCKTRUMP 🖕🖕🖕

The context of the October 11 threat was a one minute and 41 second video posted by another user titled "The plan to seize ballots." That video claimed a plot by the President of the United States to seize ballots in the upcoming election.

8. Google LLC reported that UTLAUT posted the following threat on October 6, 2026, at 7:49 p.m. PST:

> Also, fuck the secret service and fuck the FBI. Somebody needs to kill that piece of shit Trump. It might be me. if you got a problem with it. Come, find me, motherfuckers, I've got plenty of ammo to go around. 🖕🖕🖕

The context of the October 6 threat was a one minute and 56 second video posted by another user titled "Losing Los Angeles & San Diego Would Be 'Small Price to Pay' in Iran War."

9. Google LLC reported that UTLAUT posted the following threat on September 18, 2026, at 3:03 a.m. PST:

> Damn I wish I was within a 1000yds of this motherfucker right then, that orange pumpkin head would be ripe for popping with my 300 PRC that I just dialed in last weekend! #8647

The context of the September 18 threat was a 43 second video posted by another user titled "This is a very serious development." That video claimed demolition of The John F. Kennedy Center for the Performing Arts to be imminent.

10. Google LLC reported that UTLAUT posted the following threat on July 31, 2026, at 9:08 p.m. PST:

> Kill them, that's what I'm going to do. 🤷‍♂️ 😡 👍

The context of the July 31 threat was a two minute 38 second video posted by another user titled "Well that sucks." That video reported that by statute the Deputy Attorney General assumes the duties of the Attorney General upon vacancy, absence, or disability.

11. Google LLC reported that UTLAUT posted the following threat on June 28, 2026, at 1:27 a.m. PST:

> Thats when I pull out my 10mm from the console safe and blow her fuckin head off 🤷‍♂️ ☠️

The context of the June 28 threat was a two minute 33 second video posted by another user titled "Boca Raton, FL Who is she?" That video purports to report and comment upon a confrontation between people in a parking garage in Boca Raton, Florida.

12. Google LLC reported that the primary email address for the dewdog123@[email provider] Google LLC account was jrutlaut@[email provider], with two alternate emails, one being the dewdog123@[email provider] used on the YouTube channel UCdX2MT_veB1djGb2k7KSR1g, and a second dewdog123@[email provider] through a different email provider. Google LLC reported that the account had been created on March 25, 2009, and that the user's birth date was the same as UTLAUT's birth date. Google LLC reported that the account recovery information supplied by the user listed jrutlaut@[email provider] as the contact email, the dewdog123@[email provider] used on the YouTube channel UCdX2MT_veB1djGb2k7KSR1g as the recovery email, and telephone number xxx-xxx-6626 as the recovery short message service (SMS) contact. Google LLC reported that the same telephone number, xxx-xxx-6626, was

supplied as the user phone number and the two-step verification phone number for the account.

13. Google LLC reported that Google Payment Corporation records show the name and address for the Google Wallet for user dewdog123@[email provider] is Jason R Utlaut, 9075 South Eastern Avenue STE 6-101, Las Vegas, NV, 89123. That physical address is a private mailbox (PMB) at a commercial mail receiving agency (CMRA), that is, a box at a UPS Store.

14. Because the posts also contained more generalized threats to the lives of others and the associated Google Wallet account was registered to UTLAUT at a Las Vegas, Nevada address, Google LLC also notified the Las Vegas Metropolitan Police Department (LVMPD).

15. Nevada Department of Motor Vehicles records showed that UTLAUT had a current motor vehicle registration for a 2026 GMC Sierra pickup truck with the vanity license plate THEDEW.

16. Commercial open-source data indicates that Verizon is the service provider for the telephone number associated with the Google LLC account used to post the threats, xxx-xxx-6626. On October 16, 2026, because of the immediacy of the threat, LVMPD served an Emergency Disclosure Request (EDR) to Verizon to obtain subscriber information for that telephone number. Verizon disclosed that the subscriber for that telephone number is Jason Randall UTLAUT. Verizon reported that the physical address for the account is 9075 S. Eastern Ave Ste 6-101, Las Vegas, NV 89123, the same private mailbox at the UPS Store UTLAUT used for his Google Wallet account.

17. On October 16, 2026, because of the immediacy of the threat, LVMPD served an EDR on the Internet Service Provider (ISP) servicing the IP address Google

LLC reported was used to post the October 11 threat, 2600:880a:2718:dd40:2bec:272f:135:34a, for records associated with that address on October 11, 2026. The ISP reported that the subscriber using that IP address on that date was Jason UTLAUT, with the same telephone number as associated with the Google LLC account used to post the threats, xxx-xxx-6626, subscribed to with Verizon by UTLAUT, with a physical address of a specific apartment located at 1350 West Horizon Parkway, Henderson, Nevada.

18. On October 16, 2026, because of the immediacy of the threat, LVMPD served an EDR on Verizon for location information for the handset assigned telephone number xxx-xxx-6626. Verizon provided emergency location data. The initial approximate location of the handset was west of Albuquerque, New Mexico. Verizon provided approximate location every 15 minutes, indicating that UTLAUT was traveling westbound at highway speeds toward Las Vegas, Nevada.

19. On October 16, 2026, LVMPD sought a residential search warrant for the specific apartment located at 1350 West Horizon Parkway, Henderson, Nevada, the location from which the October 11, 2026, threat charged in this complaint was made. The Honorable Judge Graham, Las Vegas Justice Court Department 1, approved and issued the search warrant.

20. Together with other evidence, including firearm magazines and ammunition, LVMPD located and seized the following firearms pursuant to the search warrant from the specific apartment located at 1350 West Horizon Parkway, Henderson, Nevada:

a. a Taurus PT809 9x19mm semiautomatic pistol;

b. a Taurus TX .22 caliber semiautomatic pistol;

c. a PSA Dagger 9x19mm semiautomatic pistol;

d. a Walther PDP 9x19mm semiautomatic pistol;

e. a Springfield Echelon 9x19mm semiautomatic pistol;

f. a Rost Martin RM1C 9x19mm semiautomatic pistol;

g. a Radical Firearms AR-pattern .223 caliber semiautomatic rifle;

h. a Tokarev TBP-12 12-gauge semiautomatic shotgun;

i. a Smith & Wesson MP FPC 10mm Auto semiautomatic rifle;

j. an American Tactical AR-pattern .223 caliber semiautomatic rifle;

k. a Ruger American .300 bolt-action rifle;

l. a Savage 110 6.5mm bolt-action rifle;

m. a Winchester Model 1300 12-gauge shotgun;

n. an unknown caliber Bergara B14 bolt-action rifle, and;

o. a Taurus PT809 9x19mm semiautomatic pistol.

LVMPD personnel executing the search noted that several of the firearms appeared to be recently purchased.

21. Shortly before 10:30 p.m. on October 16, 2026, LVMPD personnel located UTLAUT's 2026 GMC Sierra pickup truck bearing Nevada license plate THEDEW in a parking lot at 5049 West Post Road, Las Vegas, Nevada. At approximately 10:40 p.m., LVMPD personnel saw UTLAUT get into the GMC Sierra and begin to drive toward his residence at 1350 West Horizon Ridge Parkway, Henderson, Nevada. Law enforcement officers observed UTLAUT exceed the posted speed limit and run a red light. Uniformed Henderson Police Department (HPD) patrol officers in a marked patrol vehicle conducted a vehicle stop on UTLAUT in the 1300 block of West Horizon Ridge in Henderson. Because of the threats made by UTLAUT, particularly UTLAUT's reference to carrying a

10mm in his console, HPD officers removed UTLAT from his vehicle. I interviewed UTLAUT at the front of the HPD patrol vehicle during the traffic stop.

22. In response to my questions, UTLAUT told me that he lived alone in his apartment and that no one other than him should have access to his internet. UTLAUT confirmed his phone number as xxx-xxx-6626 and his e-mail address as jrutlaut@[email provider]. Asked whether there were any firearms in his apartment, UTLAUT stated he had “safes full of firearms” in the apartment. Asked whether there were any firearms in his truck, UTLAUT stated he had a 10mm pistol in the center console. When asked if he ever used the hashtag #FUCKTRUMP in online postings, UTLAUT stated he likely had used that hashtag. UTLAUT then declined to answer any further questions.

23. On October 16, 2026, LVMPD sought a search warrant for UTLAUT’s 2026 GMC Sierra pickup truck. The Honorable Judge Graham, Las Vegas Justice Court Department 1, approved and issued the search warrant.

24. LVMPD located and seized a Smith & Wesson MP 2.0 10mm Auto semiautomatic pistol with magazine and ammunition from center console of the 2026 GMC Sierra.

25. LVMPD arrested UTLAUT for violation of Nevada Revised Statute 202.448, Make Threat or Convey False Information Regarding an Act of Terrorism. UTLAUT was booked into the Clark County Detention Center and has an ongoing case in Henderson Justice Court for the aforementioned charge.

CONCLUSION

26. Based upon the information set forth in this application, I respectfully submit that there is probable cause to believe that Jason Randall UTLAUT violated 18 U.S.C. § 871(a), Threat Against the President, on or about October 11, 2026, in the State and Federal District of Nevada and elsewhere, as described above.

Respectfully Submitted,

________________________________
Task Force Officer Grant Duffin
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on October 21, 2026.

________________________________
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE